UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE B. MILLINER,<br>Petitioner,<br>v.<br>THOMAS HERBERT BOCK, et al.,<br>Respondents. | Case No. 20-cv-01564-JSC<br><br>**ORDER RE: MOTIONS FOR LEAVE TO WITHDRAW AS COUNSEL FOR RESPONDENTS**<br><br>Re: Dkt. Nos. 30 and 36 |

Before the Court are two motions for leave to withdraw as counsel for Respondents. (*See* Dkt. Nos. 30; 36.) Antionette P. Hewett, Respondents' counsel of record, contends withdrawal is appropriate because the case is closed and counsel is not engaged for any further representation, and that withdrawal will not cause any prejudice or delay in the case. (Dkt. No. 30 at 2 ¶¶ 1-2.) Rebecca Mastel, counsel *pro hac vice* for Respondents, similarly requests this Court grant her leave to withdraw as counsel *pro hac vice* because Ms. Mastel is not engaged for any further representation and withdrawal will not cause any prejudice or delay in this case. (Dkt. No. 36 at 2 ¶¶ 2-3.) Ms. Hewett and Ms. Mastel have given notice to Respondents and all other parties appearing in the action regarding these motions as required by Civil Local Rule 11-5(a). (*See* Dkt. Nos. 31; 36-3; 39; 40.) After careful consideration of the parties' briefing, the Court concludes that oral argument is not necessary, *see* N.D. Cal. Civ. L.R. 7-1(b), and VACATES the August 4, 2020 and August 6, 2020 hearings.

Civil Local Rule 11-5(b) states that when withdrawal by an attorney from an action is "not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or pro se." Because neither motion for leave to withdraw was accompanied by the simultaneous appearance

of substitute counsel or Respondents' agreement to appear pro se, Ms. Hewett and Ms. Mastel shall continue to be served for forwarding purposes unless and until Respondents appear by other counsel or pro se. "When this condition is imposed, counsel must notify the party of this condition." N.D. Cal. Civ. L.R. 11-5(b). Therefore, counsel must additionally notify Respondents that papers will continue to be served on counsel for forwarding purposes. "Any filed consent by the party to counsel's withdrawal under these circumstances must include acknowledgment of this condition." *Id.*

Accordingly, the motions to withdraw as counsel are GRANTED subject to the conditions imposed by Civil Local Rule 11-5(b).

**IT IS SO ORDERED.**

Dated: July 28, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge